**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**MATTHEW F. ROSS,**
Plaintiff,

v. 2:26-cv-510-SPC-NPM

**TURQUOISE BAY RESORT LLC** and
**ROBERT RYAN KNIGHT,**
Defendants.

---

## ORDER

Plaintiff Matthew Ross brought this breach-of-promissory-note and fraudulent-inducement action against defendants Robert Ryan Knight and his single-member LLC, Turquoise Bay Resort. (Doc. 1). In September, defense counsel Justin B. Mazzara moved to withdraw. (Doc. 20). Pursuant to Local Rule 2.02(b)(2), we directed defendant Turquoise Bay to find replacement counsel or face default. (Doc. 21). Turquoise Bay took no action. So we granted the motion to withdraw and entered a clerk's default against Turquoise Bay. (Docs. 23, 24). Then, we noted that Knight, too, had apparently abandoned his defense and ordered him to show cause why he should not be held in default. (Doc. 30). True to form, he elected not to respond. Accordingly, the **CLERK** is directed to enter default against Knight. *See* Fed. R. Civ. P. 55(a). Since defaults have been entered against all defendants, plaintiff Ross is no longer relieved from his duty to move for a default judgment.

**ORDERED** on November 24, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge